Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Intermec, Inc. v. Alien Technology Corporation

No. 15-1808

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☑ As counsel for: Alien Technology Corporation
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☐ Appellant    ☑ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:

Name: Ted G. Dane
Law firm: Munger, Tolles & Olson LLP
Address: 355 S. Grand Ave., 35th Floor
City, State and ZIP: Los Angeles, CA 90071
Telephone: (213) 693-9288
Fax #: (213) 687-3702
E-mail address: ted.dane@mto.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 6/1/1995

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

7/20/15
Date

[signature]
Signature of pro se or counsel

cc: _____

123

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit through the Court's CM/ECF system, which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that on July 21, 2015, true and correct copies of the foregoing were caused to be served upon the following individuals via electronic and U.S. mail:

| | |
|---|---|
| Ashley Boland Summer<br>NELSON MULLINS RILEY<br>  & SCARBOROUGH, LLP<br>100 North Tryon Street, 42nd Floor<br>Charlotte, North Carolina 28202-4000<br>Telephone: 803-799-2000<br>Facsimile: 803-255-9831<br>Email:  ashley.summer@nelsonmullins.com | Counsel for Appellant |
| Michael J. Schallop<br>Van Pelt, Yi and James, LLP<br>10050 N. Foothill Blvd.<br>Suite 200<br>Cupertino, CA 95014<br>Telephone: 408-207-4762<br>Email: michael.schallop@ip-patent.com | Counsel for Appellee Before Patent Trial and Appeal Board |

　　　　　　　　　　　　　　　　　　　　/s/ *Mary L. Pantoja*
　　　　　　　　　　　　　　　　　　　　　　Mary L. Pantoja