NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTERMEC, INC., INTERMEC TECHNOLOGIES CORP., INTERMEC IP CORP.,**
*Appellants*

v.

**ALIEN TECHNOLOGY CORPORATION,**
*Appellee*

---

15-1808
(Serial no. 95/001,265 )

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

ON MOTION

O R D E R

Upon consideration of appellants Intermec Technologies Corp., Intermec, Inc., and Intermec IP Corp.'s unopposed motion to extend time to file appellants' principal brief until November 9, 2015,

IT IS ORDERED THAT:

The motion is granted.

                                              FOR THE COURT

August 21, 2015            /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court